[No. 14469-1-III.   Division Three.   February 15, 1996.]

WILLIAM C. RICKS, *Appellant*, v. GARRETT LEE, M.D., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-2-01367-6, Richard J. Schroeder, J., entered October 28, 1994. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Munson and Thompson, JJ.

[No. 16539-2-II.   Division Two.   February 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN ANTHONY BEWS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 92-1-00044-0, Barbara D. Johnson, J., entered September 15, 1992. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, A.C.J., and Wiggins, J. Pro Tem.

[No. 16751-4-II.   Division Two.   February 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. BILLY RAY GOODWIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-02805-2, Waldo F. Stone, J., entered December 16, 1992. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Fleisher, J. Pro Tem., and Wiggins, J. Pro Tem.

[No. 17595-9-II.   Division Two.   February 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL C. POOLE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 93-1-00251-1, William J. Kamps, J., entered September 24, 1993. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Morgan and Turner, JJ.